IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CROCS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>DR. LEONARD'S HEALTHCARE CORP. D/B/A CAROL WRIGHT, STAR BAY GROUP INC., 718CLOSEOUTS, ROYAL DELUXE ACCESSORIES, LLC, and FUJIAN HUAYUAN WELL IMPORT AND EXPORT TRADE CO., LTD.,<br><br>  Defendants. | Case No. 2:21-cv-13583-KSH-MAH |

**ORDER GRANTING ADMISSION *PRO HAC VICE*
OF MICHAEL A. BERTA**

This matter having come before the Court on the application of Arnold & Porter Kaye Scholer LLP, attorneys for Plaintiff Crocs, Inc., for the *pro hac vice* admission of Michael A. Berta; and the Court having considered the submissions in support of the application, which comply with Local Civil Rule 101.(c)(1); and for good cause shown, the application for Michael A. Berta's admission *pro hac vice* is GRANTED.

IT IS ORDERED that Mr. Berta shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

IT IS FURTHER ORDERED that Mr. Berta is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from his participation in this matter;

IT IS FURTHER ORDERED that Paul J. Fishman shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

IT IS FURTHER ORDERED that Mr. Berta shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which he represents the Plaintiff or any other party in this matter;

IT IS FURTHER ORDERED that Mr. Berta shall pay $150.00 to the Clerk of this Court for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceeding shall occur as a result of Mr. Berta's participation or his inability to attend proceedings.

*/s Michael A. Hammer*

Hon. Michael A. Hammer
United States Magistrate Judge

Dated: February 7, 2022