**Paul J. Fishman**
**ARNOLD & PORTER KAYE SCHOLER LLP**
**One Gateway Center, Suite 1025**
**Newark, New Jersey 07102**
**(973) 776-1902**
*Counsel for Plaintiff Crocs, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CROCS, INC., <br><br>                           Plaintiff, <br><br>        v. <br><br> DR. LEONARD'S HEALTHCARE CORP. D/B/A CAROL WRIGHT, STAR BAY GROUP INC., 718CLOSEOUTS, ROYAL DELUXE ACCESSORIES, LLC, and FUJIAN HUAYUAN WELL IMPORT AND EXPORT TRADE CO., LTD., <br><br>                         Defendants. | Case No. 2:21-cv-13583-KSH-MAH |

## <u>NOTICE OF CERTIFICATION OF MICHAEL A. BERTA</u>

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that, pursuant to this Court's Order dated August 30, 2022

(ECF No. 27), and in accordance with L. Civ. R. 54.2, Plaintiff Crocs, Inc. ("Crocs") submits the

certification of Michael A. Berta and accompanying materials regarding Crocs' reasonable

attorneys' fees and costs.

Dated: September 29, 2022                    Respectfully submitted,

                                             ARNOLD & PORTER KAYE SCHOLER LLP

                                             /s/ *Paul J. Fishman*
                                             Paul J. Fishman
                                             One Gateway Center, Suite 1025
                                             Newark, NJ 07102
                                             Telephone: (973) 776-1901
                                             Email: paul.fishman@arnoldporter.com

                                             Michael A. Berta (*pro hac vice*)
                                             Three Embarcadero Center, 10th Floor
                                             San Francisco, CA 94111
                                             Telephone: (415) 471-3100
                                             Email: michael.berta@arnoldporter.com

                                             *Counsel for Plaintiff Crocs, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on September 29, 2022, a copy of this Notice was filed with the Clerk of the

Court using the CM/ECF system, which will forward it to all counsel of record.


<u>/s/ Paul J. Fishman</u>
Paul J.` Fishman